```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ALFRED PIRRI, JR.,                        :
                                          :
            Plaintiff,                    :
                                          :
     -against-                            :    10 Civ. 3540 (KMW) (GWG)
                                          :
                                          :
MANHATTAN LUXURY AUTOMOBILES, INC.,       :    ORDER OF DISMISSAL
                                          :
            Defendant.                    :
------------------------------------------x

KIMBA M. WOOD, U.S.D.J.:

   The Court having been advised that all claims asserted herein have been settled, it is

   **ORDERED**, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

SO ORDERED.

DATED:   New York, New York
         June 29, 2010

                              _____
                              KIMBA M. WOOD
                              United States District Judge